ORIGINAL

FILED
APR 27 2006
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JEFFREY H. NOKELL,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | Case No. 06-335 C |

**NOTICE OF RELATED CASE**

Please take note that the above captioned case is directly related to Ellis C. Bland, et al. v. United States, No. 04-557C, Edward H. Busigo, Jr., et al. v. United States, No. 05-422C, Lawrence Case v. United States, No. 05-687, Gerry A. Dupuis v. United States, No. 06-82C and Randy A. Fleury v. United States, No. 06-156C, which are currently pending in the United States Court of Federal Claims, the outcome of which is likely to call for a determination of the same or substantially similar questions as are presented in the instant case.

Respectfully submitted,

Jules Bernstein (Counsel of Record)
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036
(202) 296-1798

OF COUNSEL:
Linda Lipsett

Edgar James
James & Hoffman
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
(202) 496-0500

Attorneys for Plaintiff

Dated: April 27, 2006